**UNITED STATES DISTRICT** COURT
WESTERN DISTRICT OF NEW YORK

_____

Mary Cozart

                    **Plaintiff,**          ORDER

      vs                                    12-CV-6662

Zimmer, Inc., et al

                    **Defendant.**

_____

It is hereby ORDERED that the above captioned case is transferred to United States District Judge Charles J. Siragusa for all further proceedings.

**IT IS SO ORDERED.**

                                                  _____
                                                 FRANK P. GERACI
                                                 United States District Judge

Dated:    Rochester, New York
             January 10, 2013

[FILED JAN 10 2013 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]