```
Judge: Rebecca R. Pallmeyer
Magistrate Judge: Young B. Kim
Filed: 01/24/13
Case: 13cv558 thru 13cv561
emt
```

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                           MDL No. 2272

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −140)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 826 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 24, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ EUNICE M. TEJEDA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
January 24, 2013

**IN RE: ZIMMER NEXGEN KNEE IMPLANT**
**PRODUCTS LIABILITY LITIGATION**                                    MDL No. 2272

**SCHEDULE CTO−140 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| INDIANA NORTHERN | | | | |
| INN | 3 | 12−00472 | Stancel v. Zimmer Inc et al | 13cv546 |
| MISSOURI EASTERN | | | | |
| MOE | 4 | 12−01727 | Dorsey v. Zimmer Holdings, Inc. et al | 13cv547 |
| MOE | 4 | 12−02172 | Durr et al v. Zimmer, Inc. et al | 13cv548 |
| MOE | 4 | 12−02263 | Waldeck et al v. Zimmer, Inc. et al | 13cv549 |
| MOE | 4 | 12−02327 | Evagash et al v. Zimmer, Inc. et al | 13cv550 |
| MOE | 4 | 12−02328 | Brown v. Zimmer, Inc. et al | 13cv551 |
| NEW JERSEY | | | | |
| NJ | 1 | 12−05309 | VANARSDALE v. ZIMMER, INC. et al | 13cv552 |
| NJ | 2 | 12−05705 | HERNANDEZ et al v. ZIMMER, INC. et al | 13cv553 |
| NJ | 2 | 12−05709 | ROBERTSON et al v. ZIMMER, INC. et al | 13cv554 |
| NJ | 2 | 12−06081 | SNELL v. ZIMMER, INC. et al | 13cv556 |
| NEW YORK SOUTHERN | | | | |
| NYS | 7 | 12−08513 | Alfieri et al v. Zimmer, Inc. et al | 13cv557 |
| NEW YORK WESTERN | | | | |
| NYW | 1 | 12−01199 | Watson v. Zimmer, Inc. et al | 13cv558 |
| NYW | 1 | 12−01202 | Sampson v. Zimmer, Inc., et al | 13cv559 |
| NYW | 6 | 12−06662 | Cozart v. Zimmer, Inc. et al | 13cv560 |
| NYW | 6 | 12−06668 | Whittaker, et al v. Zimmer, Inc. et al | 13cv561 |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 12−06630 | GROMAN et al v. ZIMMER, INC. et al | 13cv562 |
| PAE | 2 | 12−06634 | CARTER v. ZIMMER, INC. et al | 13cv563 |
| PAE | 5 | 12−05431 | FUNK et al v. ZIMMER, INC. et al | 13cv564 |
| PAE | 5 | 12−06292 | MAJERCAK et al v. ZIMMER, INC. et al | 13cv565 |

PENNSYLVANIA MIDDLE

| | | | | |
|---|---|---|---|---|
| PAM | 1 | 12−02369 | Dingle et al v. Zimmer, Inc. et al | 13cv566 |

PENNSYLVANIA WESTERN

| | | | | |
|---|---|---|---|---|
| PAW | 2 | 12−01789 | OWENS v. ZIMMER, INC. et al | 13cv567 |
| PAW | 3 | 12−00246 | MCKEEL et al v. ZIMMER, INC. et al | 13cv568 |

PUERTO RICO

| | | | | |
|---|---|---|---|---|
| PR | 3 | 12−01820 | Landrau−Clemente et al v. Zimmer, Inc. et al | 13cv569 |

UTAH

| | | | | |
|---|---|---|---|---|
| UT | 1 | 12−00194 | Champlin v. Zimmer et al | 13cv570 |
| UT | 2 | 12−00885 | Davies v. Zimmer Incorporated et al | 13cv571 |
| UT | 2 | 12−00886 | Robbins v. Zimmer Incorporated et al | 13cv572 |

VIRGINIA WESTERN

| | | | | |
|---|---|---|---|---|
| VAW | 7 | 12−00599 | Wade et al v. Zimmer, Inc. et al | 13cv573 |